# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

V.                                                                          Crim. No.  <u>03-476-001</u>

Gary Smith

On January 8, 2004, the above named was sentenced to 56 months incarceration and five years supervised release. The supervised releasee began his term of supervised release on October 5, 2007. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of community supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Kevin Villa*

Kevin M. Villa,
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __14th__ Day of __December__, 2010.

Honorable John W. Bissell, Designate
Jose L. Linares
United States District Judge